# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SANAD ALI YISLAM AL-KAZIMI )
)
)
Petitioner, )
)
v. )  Civil Action No. 05-2386 (RBW)
)
JOSEPH R. BIDEN, et al., )
)
Respondents. )
)

## ORDER

The Court requiring additional information before resolving the Petitioner's Sealed

Motion for Judgment, ECF No. 2119, it is hereby

**ORDERED** that the respondents shall file an opposition to the petitioner's motion on or

before December 29, 2023. It is further

**ORDERED** that the petitioner shall file a reply in support of his motion on or before

January 5, 2024.[1]

**SO ORDERED** this 14th day of December, 2023.

REGGIE B. WALTON
United States District Judge

---

[1] As indicated in the Court's October 23, 2023 Order, the Petitioner's Motion for Status Conference will be "subject to renewal on [January 22, 2024] if the petitioner's status has not changed." Order at 1 (Oct. 23, 2023), ECF No. 2118.